

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00170-CV

———————————————

CRUZ VENZOR AND JUANA MUNOZ, Appellants

V.

AMG BT NOTE ONE, LLC AND AUGUST REI HOLDINGS, LLC, Appellees

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-306116-19

AND

CRUZ VENZOR AND JUANA MUNOZ, Appellants

V.

AMG BT NOTE ONE, LLC, Appellee

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-297732-18

Before Womack J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

This court has previously dismissed these now-consolidated appeals in separate opinions issued on July 30, 2019. *Venzor v. AMG BT Note One, LLC*, No. 02-19-00170-CV, 2019 WL 3436608, at *1 (Tex. App.—Fort Worth July 30, 2019, no pet.); *Venzor v. AMG BT Note One, LLC*, No. 02-19-00177-CV, 2019 WL 3436609, at *1 (Tex. App.—Fort Worth July 30, 2019). In our previous opinions, we stated that we were dismissing these appeals because after we had informed appellants that they had not arranged to pay for the clerk's record, as appellate rules required, these appeals would be dismissed for want of prosecution. Appellants still made no arrangements to pay for the clerk's record in either appeal. Thus, we dismissed them both for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

On August 14, 2019, appellants filed motions for rehearing in both appeals, and this court, over expressed reservations regarding the explanations given by appellants, reinstated both appeals "in the interest of justice." Shortly after, appellants filed a motion to consolidate both appeals, which this court granted. In our order consolidating these cases, we instructed appellants that it was incumbent upon appellants to pay for a single clerk's record to be filed for these appeals by September 25, 2019. The clerk's record was paid for, received by this court on September 24, 2019, and appellants' briefing deadline for these appeals was set for October 24, 2019.

3

Appellants did not file a brief on or before October 24, 2019. On October 31, 2019, appellees filed a motion asking this court to dismiss these consolidated appeals for want of prosecution. Appellants have not responded to this motion, and appellants have still not filed a brief. Because appellants have failed to file a brief, we dismiss these appeals for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: November 21, 2019